# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| TRAVIS PETERSEN, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:20-cv-00131 |
| § | |
| KILOLO KIJAKAZI, ACTING § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order, it is **ORDERED** that the decision of the Commissioner is **REVERSED**, and this case is **REMANDED** for reconsideration.

**THIS IS A FINAL JUDGMENT**.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 17th day of September 2021.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE